**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **SHAUNTE ROBERTSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | NO.   07 CV 4398 |
| v. ) | |
| ) | **JUDGE PALLMEYER** |
| **THOMAS DART, as SHERIFF OF** ) | |
| **COOK COUNTY,** ) | |
| **OFFICER C. f/n/u TRAYHO,** ) | |
| **OFFICER. f/n/u LETIERE,** ) | |
| **SERGEANT f/n/u JOHNSON,** ) | |
| **CHIEF f/n/u SCAIFE,** ) | |
| **OFFICER f/n/u POBBALINO and** ) | |
| **UNKNOWN OFFICERS OF THE** ) | |
| **COOK COUNTY SHERIFF'S OFFICE,** ) | |
| ) | |
| **Defendants.** ) | **JURY DEMAND** |

**FIRST AMENDED COMPLAINT**

1. The jurisdiction of this court is invoked pursuant to the Civil Rights Act, 42 U.S.C. 1983 and 1988; 28 U.S.C. 1331 and the Constitution of the United States.

**PARTIES**

2. Plaintiff SHAUNTE ROBERTSON, is a citizen of the United States and a resident of Will County, State of Illinois.

3. Defendant THOMAS DART, as SHERIFF OF COOK COUNTY, ("SHERIFF"), is a municipal corporation within the States of Illinois, and was, at all times relevant to the Complaint, the employer of the Defendant Sheriff's Officers and Sergeant. The Sheriff is joined in this action with regard to the federal claims pursuant to *Carver v. Sheriff of LaSalle County*, 324 F.3d 947 (7th Cir. 2001).

4. Defendant OFFICER f/n/u/ TRAYHO, ("TRAYHO"), is employed by the County of Cook and at all times relevant to this Complaint was acting within scope of his employment and under color of law.

5. Defendant OFFICER f/n/u LETIERE, ("LETIERE") is employed by the County of Cook and at all times relevant to this Complaint was acting within scope of his employment and under color of law.

6. Defendant SERGEANT f/n/u JOHNSON, ("JOHNSON"), is employed by the County of Cook and at all times relevant to this Complaint was acting within scope of his employment and under color of law.

7. Defendant CHIEF f/n/u SCAIFE, ("SCAIFE") is employed by the County of Cook and at all times relevant to this Complaint was acting within scope of his employment and under color of law.

8. Defendant OFFICER f/n/u POBBALINO ("POBBALINO") is employed by the County of Cook and at all times relevant to this Complaint was acting within scope of his employment and under color of law.

9. Defendants, UNKNOWN OFFICERS OF THE COOK COUNTY SHERIFF'S DEPARTMENT ("UNKNOWN OFFICERS") are employed by the County of Cook and at all times relevant to this Complaint were acting within scope of their employment and under color of law.

## FACTS

10. On January 22, 2006, Plaintiff, SHAUNTE ROBERTSON, was a pre-trial detainee at Cook County Jail.

11. On that same day, Plaintiff, SHAUNTE ROBERTSON, was in Division II, Tier A.C. protective custody.

12. Also on that same day, Plaintiff, SHAUNTE ROBERTSON, was in his cell with his cellmate, Brian Lewis, also a pre-trial detainee at Cook County Jail.

13. At that time, Defendant TRAYHO entered Plaintiff's cell and instructed Plaintiff, SHAUNTEE ROBERTSON, that the Captain wished to see him.

14. Plaintiff, SHAUNTE ROBERTSON, inquired as to why he was required to see the

Captain.

15. At that time, Defendant, TRAYHO used his radio to notify other employees of the Cook County Sheriff's Department of a "situation", at which point other Sheriff's officers arrived at the Plaintiff's cell.

16. Defendants, TRAYHO, LETIERE, JOHNSON and SCAIFE, POBBALINO and UNKNOWN OFFICERS then and there used excessive force in their dealings with the Plaintiff, SHAUNTE ROBERTSON.

17. After knocking the Plaintiff to the ground, Defendants, TRAYHO, LETIERE, JOHNSON, SCAIFE, POBBALINO and UNKNOWN OFFICERS then and there continued to beat him in the face and kick him in the back and legs.

18. Plaintiff, SHAUNTE ROBERTSON, was thereafter transported via ambulance to Mt.Sinai hospital, where he was treated for various serious and permanent injuries, including a broken cheek and fractured jaw, which he sustained as a result of the punitive acts of Defendants, TRAYHO, LETIERE, JOHNSON, SCAIFE, POBBALINO and UNKNOWN OFFICERS.

## COUNT I

### (SHAUNTE ROBERTSON - SEC. 1983 EXCESSIVE FORCE CLAIM VS. TRAYHO, LETIERE, JOHNSON, SCAIFE, POBBALINO AND UNKNOWN OFFICERS)

19. Plaintiff realleges paragraphs 1 through 18 as though fully set forth herein.

20. The actions of Defendants TRAYHO, LETIERE, JOHNSON, SCAIFE, POBBALINO and UNKNOWN OFFICERS, in striking the Plaintiff, SHAUNTE ROBERTSON, causing him to fall to the ground and then continuing to beat and kick him, and generally using excessive force against him, violated his Eighth Amendment right to be free from cruel and unusual punishment.

21. The actions of Defendants TRAYHO, LETIERE, JOHNSON, SCAIFE, POBBALINO and UNKNOWN OFFICERS were violations of Plaintiff's Eighth Amendment right to be free from cruel and unusual punishment and proximately caused the Plaintiff,

3

SHAUNTE ROBERTSON'S, physical injuries, severe pain, mental suffering, anguish and humiliation, as set forth more fully above.

**WHEREFORE**, Plaintiff, SHAUNTE ROBERTSON prays this Honorable Court rule as follows:

A. Find that the Defendants TRAYHO, LETIERE, JOHNSON, SCAIFE, POBBALINO and UNKNOWN OFFICERS violated the constitutional rights of the Plaintiff;

B. Find that in violating the Constitutional rights of the Plaintiff, Defendants TRAYHO, LETIERE, JOHNSON, SCAIFE, POBBALINO and UNKNOWN OFFICERS are therefore liable to him under 42 U.S.C. 1983;

C. Award the Plaintiff compensatory damages against the Defendants TRAYHO, LETIERE, JOHNSON, SCAIFE, POBBALINO and UNKNOWN OFFICERS;

D. Award the Plaintiff punitive damages against the Defendants TRAYHO, LETIERE, JOHNSON, SCAIFE, POBBALINO and UNKNOWN OFFICERS;

E. Award the Plaintiff attorney's fees and costs; and

F. Award any additional relief this Court deems just and equitable.

                Respectfully submitted:

                /s/ Anastasia X. Pavich
                Attorney for the Plaintiff

Anastasia X. Pavich
MONICO, PAVICH & SPEVACK
20 South Clark
Suite 700
Chicago, Illinois 60603
Telephone No.: (312) 782-8500