# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SHAUNTE ROBERTSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 C 4398 |
| v. | ) | |
| | ) | Magistrate Judge |
| THOMAS DART, as SHERIFF OF COOK COUNTY, et al., | ) | Jeffrey Cole |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION IN LIMINE NO. 7

## DEFENDANTS' MOTION IN LIMINE TO BAR TESTIMONY REGARDING PRIOR INCIDENTS OF EXCESSIVE FORCE IN THE CCDOC

Now come Defendants and move this Court for an Order *in limine* barring Plaintiff from offering any testimony, evidence, or argument regarding prior alleged incidents of excessive force at the CCDOC witnessed by Plaintiff or his witnesses. Defendants' motion should be granted because such prior incidents are wholly irrelevant where there is no Monell claim, and highly prejudicial to the issue of Defendant Officers' conduct in this case. Fed. R. Evid. 402, 403.

WHEREFORE, Defendants request that the Court enter an Order *in limine* consistent with the relief sought by this Motion.

Respectively submitted,

/s/ Michael L. Gallagher
Michael L. Gallagher
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-3124