**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SHAUNTE ROBERTSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 C 4398 |
| v. | ) | |
| | ) | Magistrate Judge |
| THOMAS DART, as SHERIFF OF COOK COUNTY, et al., | ) | Jeffrey Cole |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION IN LIMINE NO. 8**

**DEFENDANTS' MOTION IN LIMINE TO BAR TESTIMONY OR ARGUMENT REGARDING THE PERMANENCY OF DEFENDANTS' INJURIES**

Now come Defendants and move this Court for an Order *in limine* barring Plaintiff from offering any testimony, evidence, or argument that Plaintiff has suffered any permanent injury or will have future medical problems or need future medical treatment because there will be no competent medical testimony offered at the trial of this matter to support such a claim.

In addition, Plaintiff has failed to disclose any witnesses that are competent to testify about any lasting effect or permanency of alleged injuries. The Plaintiff cannot offer such testimony himself as he is not competent to testify to his medical diagnosis and/or prognosis, nor has the Plaintiff ever disclosed any expert pursuant to Fed. R Civ. P. 26(a)(2). Accordingly, this court must bar any witness from offering any opinion testimony or any other expert witness testimony of any kind, including any testimony, argument, or reference that the Plaintiff has suffered any permanent injury or will have *future* medical problems or need future medical treatment.

WHEREFORE, Defendants request that the Court enter an Order *in limine* consistent with the relief sought by this Motion.

Respectively submitted,

/s/ Michael L. Gallagher
Michael L. Gallagher
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-3124